MYRNA LABOW *v.* RONALD LABOW,
TRUSTEE, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 69 Conn. App. 760 (AC 21271), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.

*Barbara M. Schellenberg* and *Stewart I. Edelstein,* in opposition.

Decided July 2, 2002

BARBARA MCAULEY *v.* SOUTHINGTON SAVINGS
BANK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 69 Conn. App. 813 (AC 21461), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Kristen Schultze Greene,* in support of the petition.

*John F. Kania,* in opposition.

Decided July 2, 2002